**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mark Wayne Irwin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western   District of   Missouri (State) |
| Case number | 24-40665 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Servbank, SB

**Court claim no.** (if known):   5-1

**Last four digits** of any number you use to identify the debtor's account:   6764

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No
☐   Yes. Date of the last notice: _____ .

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | | (2) | |
| 3. | Attorney fees | | | (3) | |
| 4. | Filing fees and court costs | | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 06/07/2024 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | |
| 7. | Property inspection fees | | | (7) | |
| 8. | Tax advances (non-escrow) | | | (8) | |
| 9. | Insurance advances (non-escrow) | | | (9) | |
| 10. | Property preservation. Specify: | | | (10) | |
| 11. | Other. Specify: | Plan Review Fee | 05/20/2024 | (11) | $300.00 |
| 12. | Other. Specify: | | | (12) | |
| 13. | Other. Specify: | | | (13) | |
| 14. | Other. Specify: | | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Mark Wayne Irwin | Case Number (if known) | 24-40665 |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date    07/03/2024

Print      Mukta Suri
           First Name      Middle Name      Last Name

Title    Authorized Agent for Servbank, SB

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 350
           Number            Street

           Dallas, Texas  75254
           City          State          ZIP Code

Contact phone    (972) 643-6600          Email    POCInquiries@BonialPC.com

**Official Form 410S2**          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          2225-N-8087

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 10, 2024 via electronic notice unless otherwise stated.

**Debtor**           *Via U.S. Mail*
Mark Wayne Irwin
12528 SW Hume St
Hume, MO 64752

**Debtors' Attorney**
Vanessa C Hayden
Attorney at Law
P O Box 483
317 N Municipal Circle
Raymore, MO 64083

**Chapter 13 Trustee**
Richard Fink
Suite 1200, 2345 Grand Blvd.
Kansas City, MO 64108-2663

Respectfully Submitted,

/s/ Mukta Suri

NOTICE OF FEES AND COSTS - CERTIFICATE OF SERVICE                                2225-N-8087