B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Western District of Missouri

In re  MARK WAYNE IRWIN                          ,          Case No.   4-24-BK-40665

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

 Resurgent Receivables LLC                                  SYNCHRONY BANK
        Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____13_____
should be sent: Resurgent Receivables LLC             Amount of Claim: _____3,402.06_____
              PO Box 10587                            Date Claim Filed: _____7/23/2024_____
              Greenville SC 29603

Phone:   (877) 264-5884                               Phone: _____
Last Four Digits of Acct #: _____3322_____          Last Four Digits of Acct. #: ____3322____

Name and Address where transferee payments
should be sent (if different from above):
              Resurgent Capital Services
              PO Box 10587
              Greenville, SC  29603
Phone:   (877) 264-5884
Last Four Digits of Acct #:_____3322_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway                           Date: 3/3/2025_____
        Transferee/Transferee's Agent
      (877) 264-5884

      AskBk@Resurgent.com

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.