B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Missouri

In re   Mark Wayne Irwin                          ,                    Case No.   24-40665

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lakeview Loan Servicing, LLC | Servbank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

LoanCare, LLC

3637 Sentara Way
Virginia Beach, VA 23452

Phone:  800-909-9525

Last Four Digits of Acct #:  2413

Court Claim # (if known):  5-1

Amount of Claim: $112.203.53

Date Claim Filed:  06/07/2024

Phone:  866-867-0330

Last Four Digits of Acct. #:  6764

Name and Address where transferee payments should be sent (if different from above):

LoanCare. LLC

PO Box 8068

Virginia Beach. VA 23450

Phone:  800-909-9525

Last Four Digits of Acct #:  2413

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  */s/ David V. Noyce*                    Date:  03/09/2026

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.